IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| GERALD S. WALL | : | CHAPTER 13 |
| a/k/a GERALD SCOTT WALL | : | |
| | : | |
| Debtor | : | CASE NO. 5-18-03323 |

**WITHDRAWAL OF THE HONESDALE NATIONAL BANK'S
OBJECTION TO CHAPTER 13 PLAN**

To the clerk,

    Kindly withdraw the Objection to Debtor's Amended Chapter 13 Plan on behalf of the creditor, The Honesdale National Bank.

Dated: March 20, 2019
                                                     s/Kimberly D. Martin, Esquire
                                                   Kimberly D. Martin, Esquire
                                                   1022 Court Street
                                                   Honesdale, PA  18431
                                                   (570) 253-6899
                                                   kmartin@martin-law.net
                                                   Attorney for Creditor