# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 5-18-bk-03323
**Gerald S. Wall aka Gerald Scott Wall,** :
: Ch. 13
    Debtor :

## REPORT OF SALE

And now, the above Debtor by his attorneys, Doran & Doran, P.C., reports on the sale of Real Property owned by the Debtor.

    1. Debtor was the owner of Real Property located at 110 Barber Street, Exeter, PA.

    2. The Real property was sold to 5 Unit Grove, LLC pursuant to an Order of Court dated February 26, 2019

    3. The closing took place on April 15, 2019.

    4. A copy of the Closing Statement attached hereto shows the complete transaction of the sale.

Dated: April 22, 2019            DORAN & DORAN, P.C.

                                         By: *Lisa M. Doran*
                                         Lisa M. Doran, Esquire
                                         Attorneys for Debtor
                                         69 Public Square Ste 700
                                         Wilkes Barre, PA 18701

American Land Title Association | ALTA Settlement Statement - Combined
Adopted 05-01-2015

File No./Escrow No.: 307-000192
Print Date & Time: 04/15/19 3:58 PM
Officer/Escrow Officer:
Christine Klime
Settlement Location:
Keystone Premier Settlement Services, LLC
749 Northern Boulevard
South Abington Township, PA 18411

Keystone Premier Settlement Services, LLC
ALTA Universal ID:
749 Northern Blvd
South Abington Township, PA 18411



| Property Address: | 110 Barber Street |
| | Exeter, PA 18643 |
| Borrower: | 5 Unit Grove, LLC |
| Seller: | Gerald S. Wall |
| Lender: | The Honesdale National Bank |
| Settlement Date: | 04/16/2019 |
| Disbursement Date: | 04/16/2019 |
| Additional dates per state requirements: | |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $175,000.00 | Sale Price of Property | $175,000.00 | |
| | | Deposit | | $1,000.00 |
| | | Loan Amount | | $175,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $240.18 | Borough Property Taxes from 04/16/2019 to 12/31/2019 | $240.18 | |
| | $793.83 | County Property Taxes from 04/16/2019 to 12/31/2019 | $793.83 | |
| | $702.66 | School Property Taxes from 04/16/2019 to 06/30/2019 | $702.66 | |
| | $183.74 | Sewer - WVSA (4 Accounts) from 04/16/2019 to 06/30/2019 | $183.74 | |
| | $135.30 | Sewer - Exeter Sewer (4 Accounts) from 04/16/2019 to 06/30/2019 | $135.30 | |
| $700.00 | | Security Deposit - 2nd Floor (Costigan) | | $700.00 |
| $460.00 | | Security Deposit - Rear Right (Sokirka) | | $460.00 |
| | $831.84 | Rent - 2nd Fl, 3rd Fl, Rear Right | $831.84 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Bank Fee $500.00 Borrower-Paid Before Closing | | |
| | | Flood Certification Fee $39.00 Borrower-Paid Before Closing | | |

Copyright 2015 American Land Title Association.
All rights reserved.

| Seller | | Description | Borrower/Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Closing Protection Letter to Fidelity National Title Insurance Company | $125.00 | |
| | | Title - Electronic Doc Fee to Keystone Premier Settlement Services, LLC | $50.00 | |
| | | Title - Express Mail to Keystone Premier Settlement Services, LLC | $15.50 | |
| | | Title - Incoming Wire to Keystone Premier Settlement Services, LLC | $15.00 | |
| | | Title - Notary Fee to Christine Klime | $60.00 | |
| | | Title - PA 300 Survey Exception to Keystone Premier Settlement Services, LLC | $50.00 | |
| | | Title - Tax Certification to Keystone Premier Settlement Services, LLC | $135.00 | |
| | | Title - PA 100 Restrict - No Violation to Keystone Premier Settlement Services, LLC | $50.00 | |
| | | Title - PA 710 Variable Rate to Keystone Premier Settlement Services, LLC | $50.00 | |
| | | Title - PA 910 Environmental - Comm to Keystone Premier Settlement Services, LLC | $100.00 | |
| | | Title - Owner's Title Insurance to Keystone Premier Settlement Services, LLC | $1,452.50 | |
| | | | | |
| | | **Commission** | | |
| $4,375.00 | | Real Estate Commission - Listing to Gerald R. Busch Real Estate, Inc. | | |
| $4,375.00 | | Real Estate Commission - Selling to Keller Williams Real Estate | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fee (Deed) to Luzerne County Recorder of Deeds | $95.75 | |
| | | Recording Fee (Mortgage) to Luzerne County Recorder of Deeds | $117.75 | |
| $1,750.00 | | Transfer Tax to Luzerne County Recorder of Deeds | $1,750.00 | |
| | | Assignment of Rents Recording Fee to Luzerne County Recorder of Deeds | $93.75 | |
| | | Mortgage Recording - 2nd lien to Luzerne County Recorder of Deeds | $133.75 | |
| | | | | |
| | | **Payoff(s)** | | |
| | | Lender: Payoff of First Mortgage Loan to     $124,459.87<br>Honesdale National Bank | | |
| $124,459.87 | | Total ($124,459.87) | | |
| | | | | |
| | | **Miscellaneous** | | |
| $45.00 | | Payoff Tracking to reQuire Release Tracking | | |
| | | Additional Collateral - Property Search Reimbursement to | $225.00 | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Keystone Premier Settlement Services, LLC | | |
| | | Additional Collateral - Tax Cert Reimbursement to Keystone Premier Settlement Services, LLC | $160.00 | |
| | | Corporate Document Request Reimbursement to Keystone Premier Settlement Services, LLC | $107.00 | |
| $40.00 | | Delinquent Tax Cert Request (2) to Northeast Revenue Services, LLC | | |
| $245.28 | | Sewer - Account #240278766-1 (Past due & 2019 Q2) to Wyoming Valley Sanitary Authority | | |
| $6,045.35 | | 2016 Delinquent Taxes to Luzerne County Tax Claim Bureau | | |
| $62.00 | | Express Mail Fee to Keystone Premier Settlement Services, LLC | | |
| $21,383.07 | | IRS Payment to IRS | | |
| $5,532.65 | | 2017 Delinquent Taxes to Luzerne County Tax Claim Bureau | | |
| $218.33 | | Sewer - Account #240278766-1 (Past due & 2019 Q2) to Exeter Sewer Fee | | |
| $173.07 | | Sewer - Account #240278766-0 (Past due & 2019 Q2) to Exeter Sewer Fee | | |
| $5,217.90 | | 2018 Delinquent Taxes to Luzerne County Tax Claim Bureau | | |
| $337.17 | | 2019 Borough Taxes to Thomas Pizano, Tax Collector | | |
| $1,114.41 | | 2019 County Taxes to Thomas Pizano, Tax Collector | | |
| $5.00 | | 2019 Duplicate Tax Bill to Thomas Pizano, Tax Collector | | |
| $208.80 | | Sewer - Account #240278205-0 (Past due & 2019 Q2) to Exeter Sewer Fee | | |
| $267.56 | | Sewer - Account #240278205-0 (Past due & 2019 Q2) to Wyoming Valley Sanitary Authority | | |
| $327.50 | | Sewer - Account #240278205-1 (Past due & 2019 Q2) to Exeter Sewer Fee | | |
| $367.64 | | Sewer - Account #240278205-1 (Past due & 2019 Q2) to Wyoming Valley Sanitary Authority | | |
| $176.95 | | Sewer - Account #240278766-0 (Past due & 2019 Q2) to Wyoming Valley Sanitary Authority | | |
| Seller | | | Borrower/Buyer | |
| Debit | Credit | | Debit | Credit |
| $177,887.55 | $177,887.55 | **Subtotals** | $182,673.55 | $177,160.00 |
| | | Due **From** Borrower | | $5,513.55 |
| | | Due **From** Seller | | |
| $177,887.55 | $177,887.55 | **Totals** | $182,673.55 | $182,673.55 |

Case 5:18-bk-03323-RNO   Doc 80   Filed 04/22/19   Entered 04/22/19 14:30:38   Desc
Main Document   Page 4 of 5

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Keystone Premier Settlement Services, LLC to cause the funds to be disbursed in accordance with this statement.

5 Unit Grove, LLC

_____        _____  4/16/19
Bryan Jacobosky, Member                 Gerald S. Wall                  Date

_____  4/16/19
Christine Klime                   Date

All rights reserved.          Page 4 of 4          Printed on: 04/15/19 3:58 PM

Case 5:18-bk-03323-RNO    Doc 80    Filed 04/22/19    Entered 04/22/19 14:30:38    Desc
Main Document    Page 5 of 5