IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-18-03323-RNO |
| GERALD S. WALL, | : | |
| | : | CHAPTER 13 |
| DEBTOR | : | |
| THE HONESDALE NATIONAL BANK, | : | |
| MOVANT, | : | MOTION FOR RELIEF |
| VS. | : | FROM AUTOMATIC STAY |
| GERALD S. WALL, AND | : | |
| CHARLES DEHART, III, CH. 13 TRUSTEE | : | |
| RESPONDENTS. | : | |

**PRAECIPE TO WITHDRAW MOTION FOR
RELIEF FROM AUTOMATIC STAY WITH CONCURRENCE
<u>OPPOSING COUNSEL</u>**

To the Clerk:

Kindly withdraw the Motion for Relief from the Automatic Stay of The Honesdale National Bank with the concurrence of opposing counsel.

Dated: 04/23/2019 _____/S/_____
Kimberly D. Martin, Esquire
1022 Court Street
Honesdale Pa 18431
(570) 253-6899
kmartin@matin-law.net
Attorney For Movant