UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GERALD S. WALL           : CHAPTER 13
       Debtor(s)          :
                             :
       CHARLES J. DEHART, III   :
       STANDING CHAPTER 13 TRUSTEE :
          Movant           :
                             :
       vs.               :
                             :
       GERALD S. WALL          :
          Respondent(s)      : CASE NO.  5-18-bk-03323

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

        AND NOW, this   30th   day of April, 2019, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about February 19, 2019 be withdrawn, as all issues have been resolved.

                             Respectfully submitted:

                             /s/Charles J. DeHart, III
                             Standing Chapter 13 Trustee
                             8125 Adams Drive, Suite A
                             Hummelstown, PA 17036
                             (717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this   30th   day of April, 2019, I hereby certify that I have served the
within Motion by electronically notifying parties or by depositing a true and correct copy of the
same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail,
addressed to the following:

Lisa Doran, Esquire
69 Public Square, Suite 700
Wilkes-Barre, PA  18701

                             /s/Deborah A. Behney
                             Office of Charles J. DeHart, III
                             Standing Chapter 13 Trustee