Local Bankruptcy Form 2016-2(c)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  :
: Case No. 5-18-bk-03323-RNO
Gerald S. Wall aka Gerald Scott Wall, :
: Ch. 13
Debtor :

### Request for Payment of Chapter 13 Compensation and Expenses

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court Order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

A. Presumptively reasonable fees under LBR. 2016-2(c)
1. Amount agreed to by debtor                                           $
2. Less amount paid to attorney prior to filing petition                $
3. Balance of compensation to be paid through plan distributions        $
4. Expenses advanced to be paid through plan distributions:
   (describe expense and amount)                                        $

B. Compensation and reimbursement of expenses allowed upon
   application and order under LBR 2016-2(a)
1. Retainer received                                                    $   1,200.00
2. Compensation earned prepetition and paid to attorney prior to
   filing petition                                                      $
3. Expenses reimbursed prepetition                                      $
4. Balance in retainer after deduction of prepetition compensation
   and expenses                                                         $   1,200.00
5. Compensation and expenses approved by the Court to be paid
   through plan distributions less balance in client trust account      $  11,197.39

C. The undersigned hereby requests payment through the plan for
   Compensation and reimbursement of expenses under 11 U.S.C.
   § 503(b)(20 in the following amount based on the information
   Above:                                                               $   9,997.39

Dated: May 1, 2019                   /s/ Lisa M. Doran
                                     Attorney for Debtor