LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Gerald S. Wall

**Debtor(s)**

Carpenters Combined Funds, Inc.

**Plaintiff(s)/Movant(s)**
vs.
Gerald S. Wall
Charles J. DeHart, III, Trustee

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 5-18-bk-03323

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Objection to

Pleading: Confirmation of Plan

Document #: 70

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

[✓] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[ ] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
[ ] Thirty (30) days.
[ ] Forty-five (45) days.
[ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 05/01/2019                /s/ Jillian Nolan Snider
                                 Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.

Case 5:18-bk-03323-RNO    Doc 91    Filed 05/01/19    Entered 05/01/19 17:04:38    Desc
Main Document    Page 1 of 1