# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 5-18-bk-03323-RNO |
| **Gerald S. Wall aka Gerald Scott Wall,** | : |
| | : Ch. 13 |
| Debtor | : |
| | : |
| **Gerald S. Wall aka Gerald Scott Wall,** | : |
| | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| **United States of America,** | : |
| **Internal Revenue Service,** | : |
| and | : |
| **Honesdale National Bank,** | : |
| | : |
| Respondents | : |

## Certificate of Mailing

The undersigned, Lisa M. Doran, of Doran & Doran, P.C., 69 Public Square, Suite 700, Wilkes-Barre, Pennsylvania 18701 hereby certifies that on July 1, 2019 a copy of the attached *Notice* regarding the *Motion to Sell Certain Real Property at 19 Ferretti Drive, West Wyoming, Luzerne County, PA Free and Clear of Liens of Respondent and Authorize Distribution at Closing* and *Application to Approve Realtor Commission of Gerald L. Busch Real Estate, Inc.* was mailed to all parties named on the mailing list attached hereto by regular first class mail.

Dated: July 1, 2019

Signed: *Lisa M. Doran*

Lisa M. Doran, Esquire

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: **Case No. 5-18-bk-03323-RNO**
**Gerald S. Wall aka Gerald Scott Wall,** :
: **Ch. 13**
       Debtor :

### Item I: NOTICE OF SALE OF REAL ESTATE FREE AND CLEAR OF LIEN AND TO APPROVE DISTRIBUTION AT CLOSING

NOTICE IS HEREBY GIVEN THAT the above Debtor pursuant has filed an Motion for authority to sell Debtor's interest in real property known as 19 Ferretti Drive, West Wyoming, Luzerne County, PA Free and Clear of Liens of Internal Revenue Service and Hanover National Bank to Donald B. Belcher, a person unrelated to the Debtor, for $269,000.00, and to pay liens & expenses of sale at closing as more fully set forth in the Motion.

### Item II: NOTICE OF APPLICATION TO APPROVE REALTOR'S COMMISSION

The Debtor has filed an Application to Approve payment of a 5% Realtor's Commission ($13,495.00) to Gerald L. Bush Real Estate, Inc.. at closing on the sale of real estate at19 Ferretti Drive, West Wyoming, Pennsylvania.

**OBJECTIONS,** if any, to the Motion or Application must be in writing and filed with the Clerk of the Bankruptcy Court on or before **July 22, 2019**.

The address of the Clerk of the Bankruptcy Court is Max Rosenn Federal Court House, 197 South Main Street, Wilkes-Barre PA 18701.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

LISA M. DORAN, ESQUIRE
Attorney for the Debtor
69 Public Square - Suite 700
Wilkes Barre PA 18701
570-823-9111

Dated: July 1, 2019

```
Label Matrix for local noticing         ACAR Leasing LTD d/b/a GM Financial Leasing   ACAR leasing LTD d/b/a
0314-5                                  4000 Embarcadero Dr.                           GM Financial Leasing
Case 5:18-bk-03323-RNO                  Arlington, TX 76014-4101                       PO Box 183853
Middle District of Pennsylvania                                                        Arlington, TX 76096-3853
Wilkes-Barre
Mon Jul  1 10:42:19 EDT 2019

Airport Sand & Gravel                   Amerigas                                       Atty Raymond Wendolowski
500 Swetland Ln                         PO Box 965                                     PO Box 1313
West Wyoming, PA 18644-1498             Valley Forge, PA  19482-0965                   Wilkes Barre, PA  18703-1313


B.A.C. Local 05 Pa Benefits Fund        (p)BANK OF AMERICA                             Bank of America, N.A.
2163 Berryhill St                       PO BOX 982238                                  P O Box 982284
Harrisburg, PA  17104-2010              EL PASO TX 79998-2238                          El Paso, TX 79998-2284


Berkheimer                              Berkheimer Tax Administrator                   Berkheimer agent for City of Pittston/Pittst
Coll: Local Payroll Tax                 50 N 7th St                                    50 North Seventh Street
PO Box 25132                            Bangor, PA  18013-1731                         Bangor, PA 18013-1731
Lehigh Valley, PA  18002-5132


Jerome B Blank                          BlueVineCapitol, Inc.                          Borough of Exeter
Phelan Hallinan & Schmieg LLP           401 Warren St Ste 300                          PO Box 41
One Penn Center                         Redwood City, CA  94063-1578                   Wilkes Barre, PA  18703-0041
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103-1814


Bricklayers Int'l Pension Fund          Builder Supply Company                         Builders First Source
504 S Main St                           504 S Main St                                  695 Wyoming Ave
Wilkes Barre, PA  18701-2102            Wilkes Barre, PA  18701-2102                   Kingston, PA  18704-3876


Capital One                             Capital One Bank (USA), N.A.                   Carpenters Combined Funds
Bankruptcy Department                   PO Box 71083                                   % Tucker Arnsberg
PO Box 30285                            Charlotte, NC  28272-1083                      1500 One PPG Pl
Salt Lake City, UT  84130-0285                                                         Pittsburgh, PA 15222-5413


Allison L. Carr                         Charles W. Johnston                            Charles W. Johnston, Esquire
Tucker Arensberg, P.C.                  Charles W. Johnston, PC                        Charles W. Johnston, PC
1500 One PPG Place                      P. O. Box 98                                   P.O. Box 98
Pittsburgh, PA 15222-5413               Camp HIll, PA 17001-0098                       Camp Hill, PA 17001-0098


Charles W. Johnston, Esquire            Chase/Bank One Card                            City of Scranton
P. O. Box 98                            PO Box 15298                                   340 N Washington Ave
Camp Hill, PA 17001-0098                Wilmington, DE  19850-5298                     Scranton, PA 18503-1582


Color World                             Comenity Bank/Jared                            William E. Craig
701 Twp Blvd                            Bankruptcy Dept.                               Morton & Craig LLC
Pittston, PA  18640                     PO Box 182125                                  110 Marter Avenue, Suite 301
                                        Columbus, OH  43218-2125                       Moorestown, NJ 08057-3125
```

| | | |
|---|---|---|
| Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Delta Electrical Systems<br>11 Garfield St<br>Nanticoke, PA 18634-1538 | Lisa M. Doran<br>Doran & Doran, P.C.<br>69 Public Square, Suite 700<br>Wilkes-Barre, PA 18701 |
| Doran & Doran PC<br>69 Public Sq Ste 700<br>Wilkes-Barre, PA 18701-2588 | Dupont Grand Rental Station<br>RR 11<br>Dupont, PA 18641 | ESP Concrete Pumping Inc.<br>PO Box 310<br>Sweet Valley, PA 18656-0310 |
| FBM<br>2 Stevens Rd<br>Wilkes Barre, PA 18702-5351 | Fastenal<br>PO Box 1286<br>Winona, MN 55987-7286 | First Insurance Funding<br>450 Skokie Blvd Ste 1000<br>Northbrook, IL 60062-7917 |
| GE Capital Retail Bank<br>Attn: Bankruptcy Dept<br>PO Box 103104<br>Roswell, GA 30076-9104 | GM Financial Leasing<br>PO Box 183834<br>Arlington, TX 76096-3834 | Mario John Hanyon<br>Phelan Hallinan & Schmieg<br>1617 JFK BLVD<br>Suite 1400<br>Philadelphia, PA 19103-1814 |
| Heavy & Highway Constuction Workers<br>Local #158<br>4655 Linglestown Rd Ste D<br>Harrisburg, PA 17112-8544 | High Mountain Hardware, Inc<br>20 Banks Ave<br>McAdoo, PA 18237-2507 | Hines Motorsport, Inc.<br>970 Shoemaker Ave<br>West Wyoming, PA 18644-1122 |
| Honesdale National Bank<br>733 Main St<br>Honesdale, PA 18431-1844 | Honesdale National Bank<br>PO Box 350<br>Honesdale, PA 18431-0350 | IUPAT Combined Funds<br>% Frank M. Vaccaro & Assoc<br>27 Roland Ave Ste 200<br>Mount Laurel, NJ 08054-1057 |
| Internal Revenue Service<br>Sp. Procedures Bkcy Section<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | International Trowel Trades<br>620 F St NW<br>Washington, DC 20004-1618 | Interstate Building Materials, Inc.<br>322 Laurel Street<br>Pittston, PA 18640-3538 |
| Interstate Building Materials, Inc.<br>PO Box 708<br>Pittston, PA 18640-0708 | Intuit Payroll Service<br>2700 Coast Ave<br>Mountain View, CA 94043-1140 | Intuit Softward<br>2700 Coast Ave<br>Mountain View, CA 94043-1140 |
| James W. Cox & Son, Inc.<br>502 Moltke Ave<br>Scranton, PA 18505-2616 | James W. Quandel & Sons, Inc.<br>PO Box 220<br>Minersville, PA 17954-0220 | John J. Martin, Esquire<br>1022 Court Street<br>Honesdale, PA 18431-1925 |
| Valerie Michelle Johnson<br>Pnc Bank<br>6750 Miller Rd<br>Brecksville, oh 44141-3239 | Joseph J. Joyce Associates, Inc.<br>9 N Main St<br>Pittston, PA 18640-1836 | Keystone Block<br>600 Glenn St<br>Scranton, PA 18509-2213 |

| | | |
|---|---|---|
| Keystone Container Services<br>Laurence C. Musgove Assoc<br>PO Box 13487<br>Roanoke, VA 24034-3487 | Laborers General Fund<br>% Charles Johnson<br>101 Erford Rd Ste 302<br>Camp Hill, PA 17011-1802 | Laborers General Fund<br>Laurence C Musgrove Assoc.<br>PO Box 13487<br>Roanoke, VA 24034-3487 |
| Laborers Local Union #158<br>22201 Forest Hills Dr Ste 6<br>Harrisburg, PA 17112-1089 | Laborers Tri-County Pension Fund<br>431 Wyoming Ave<br>Scranton, PA 18503-1228 | Laborers' Local No. 130 Annuity Fund<br>c/o Lawrence C. Musgrove Associates, Inc<br>P.O. Box 13487<br>Roanoke, VA 24034-3487 |
| Laborers' Local No. 130 Pension Fund<br>c/o Lawrence C. Musgrove Associates, Inc<br>P. O. Box 13487<br>Roanoke, VA 24034-3487 | Laborers' Local No. 130 Welfare Fund<br>c/o Lawrence C. Musgrove Associates, Inc<br>P. O. Box 13487<br>Roanoke, VA 24034-3487 | Lackawanna American Insurance Co.<br>46 Public Sq<br>Wilkes Barre, PA 18701-2609 |
| Liberty Mutual<br>100 Liberty Way<br>Dover, NH 03820-4597 | Luzerne Co. Tax Claim Bureau<br>200 N River St<br>Wilkes Barre, PA 18711-1004 | John J. Martin<br>Law Offices John J. Martin<br>1022 Court Street<br>Honesdale, PA 18431-1925 |
| Kimberly D Martin<br>Law Offices of John J. Martin<br>1022 Court Street<br>Honesdale, PA 18431-1925 | Mesko Glass<br>100 Glendale Rd<br>Avoca, PA 18641-9518 | Mesko Glass & Mirror Co<br>801 Avenue<br>Scranton, PA 18509 |
| Mesko Glass & Mirror Co. Inc,<br>100 Glendale Rd.<br>Avoca, PA 18641-9518 | Mid-Atlantic Engineering<br>120 Commerce Rd<br>Pittston Township, PA 18640-9552 | Mid-Atlantic LECET<br>11951 Freedom Drive No. 310<br>Reston, VA 20190-5686 |
| N & B Enterprises<br>482 Shoemaker Ave<br>West Wyoming, PA 18644-1211 | N & B Realty<br>484 Shoemaker Ave<br>West Wyoming, PA 18644-1211 | NEPCA<br>363 Laurel Street<br>Pittston PA 18640-3507 |
| Office of Unemployment Comp Tax<br>PO Box 60127<br>Harrisburg, PA 17106-0127 | Oley Industries<br>966 Shoemaker Ave<br>West Wyoming, PA 18644-1122 | Oppenheimer Funds<br>Attn: Retirement Plan Purchases<br>PO Box 5390<br>Denver, CO 80217-5390 |
| PA Dept of Rev. Bankruptcy Div.<br>Bureau of Compliance<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | PA Unemployment Comp. Fund<br>PO Box 60127<br>Harrisburg, PA 17106-0127 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101-4982 |
| PNC Bank<br>PO Box 3429<br>Pittsburgh, PA 15230-3429 | PPL<br>827 Hausman Road<br>Allentown, PA 18104-9392 | Painters Dist Counsel 71 Benefit Fund<br>% Frank M/Vaccaro & Assocs Inc.<br>27 Roland Ave Ste 200<br>Mount Laurel, NJ 08054-1038 |

| | | |
|---|---|---|
| Penn Medicine<br>c/o Central Credit Services LLC<br>9550 Regency Square Blvd Ste 500<br>Jacksonville, FL 32225-8169 | Pennsylvania American Water<br>Customer Service<br>800 W Hershey Park Drive<br>Hershey, PA 17033-2400 | Pennsylvania Building Trades Council<br>800 N 3rd St Ste 407<br>Harrisburg, PA 17102-2025 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, Pa. 17128-0946 | Plasters & Cement Masons Local 592<br>431 Wyoming Ave # 431<br>Scranton, PA 18503-1228 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quick Books Payroll Service<br>2700 Coast Ave<br>Mountain View, CA 94043-1140 | (p)INTUIT INC C O CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808-1674 |
| Rise Construction Co Inc.<br>RR 2 Box 2205<br>Lake Ariel, PA 18436 | Sam Ferretti<br>484 Shoemaker Ave<br>West Wyoming, PA 18644-1211 | Sean Byrn Construction<br>2911 Birney Ave<br>Scranton, PA 18505-3131 |
| Sherwin Williams<br>334 Pierce St<br>Kingston, PA 18704-5121 | Jillian Nolan Snider<br>Tucker Arensburg P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 | Thomas Song<br>Phelan Hallinan Diamond & Jones<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 |
| State Auto Insurance Co.<br>518 E Broad St<br>Columbus, OH 43215-3976 | State Automobile Mutual Insurance Co<br>518 E. Broad St.<br>Columbus, OH 43215-3901 | Sterling Glass Inc.<br>1101 Penn Ave<br>Scranton, PA 18509-2703 |
| Team Supply Inc.<br>PO Box 2178<br>Hazleton, PA 18201-1056 | Terrazzzo Restoration & Installation<br>263 Mountain Dr<br>Fredericksburg, PA 17026-9102 | Thomas M. Gill & Co.<br>838 Shoemaker Ave<br>West Wyoming, PA 18644-1108 |
| Tom Pizano, Tax Collector<br>Exeter Borough<br>1101 Wyoming Ave<br>Exeter, PA 18643-1936 | (p)UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | Union Trowel Trades Benefits Fund<br>PO Box 6480<br>Harrisburg, PA 17112-0480 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | WVSA<br>PO Box 33A<br>Wilkes-Barre, PA 18703 | Gerald S. Wall<br>PO Box 87<br>Langhorn, PA 19047-0087 |
| Wall Gerald S<br>19 Ferretti Dr<br>West Wyoming, PA 18644-1744 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700 |

| Wells Fargo Home Mortgage | West Wyoming Borough Sewer Maintenance | c/o Jillian Nolan Snider, Esquire |
|---|---|---|
| Customer Service | PO Box 2232 | Tucker Arensberg, P.C. |
| PO Box 10335 | Wilkes Barre, PA 18703-2232 | 1500 One PPG Place |
| Des Moines, IA 50306-0335 | | Pittsburgh, PA 15222-5413 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Bank of America | Portfolio Recovery Associates, LLC | Quickbooks |
|---|---|---|
| PO Box 982234 | POB 12914 | 2700 Coast Ave |
| El Paso, TX 79998-2234 | Norfolk VA 23541 | Mountain View, CA 94043-1140 |

UGI Penn Natural Gas, Inc.
PO Box 13009
Reading, PA 19612-3009

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Carpenters Combined Funds, Inc. | (u)PNC BANK NATIONAL ASSOCIATION | (d)PNC Bank, N.A. |
|---|---|---|
| | | P.O. Box 94982 |
| | | Cleveland, OH 44101-4982 |

| (d)The Honesdale National Bank | (d)The Honesdale National Bank | (u)Wells Fargo Bank, N.A. |
|---|---|---|
| 733 Main Street | 733 Main Street | |
| Honesdale, PA 18431-1844 | Honesdale, PA 18431-1844 | |

End of Label Matrix
Mailable recipients    122
Bypassed recipients      6
Total                  128