# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :    Case No.  5-18-bk-03323-RNO
**Gerald S. Wall aka Gerald Scott Wall,**  :
                                          :    **Ch.  13**
              Debtor                      :
                                          :
**Gerald S. Wall aka Gerald Scott Wall,**  :
                                          :
              Movant                      :
                                          :
              v.                          :
                                          :
**United States of America,**              :
**Internal Revenue Service,**              :
              **and**                      :
**Honesdale National Bank,**               :
                                          :
              Respondents                 :

### Certificate of Mailing

The undersigned, Lisa M. Doran, of Doran & Doran, P.C., 69 Public Square, Suite 700, Wilkes-Barre, Pennsylvania 18701 hereby certifies that on July 1, 2019 a copy of the attached *Notice* regarding the *Motion to Sell Certain Real Property at 19 Ferretti Drive, West Wyoming, Luzerne County, PA Free and Clear of Liens of Respondent and Authorize Distribution at Closing* and *Application to Approve Realtor Commission of Gerald L. Busch Real Estate, Inc.* was mailed to all parties named on the mailing list attached hereto by regular first class mail.

Dated:  July 1, 2019

Signed:  *Lisa M. Doran*

Lisa M. Doran, Esquire

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:        :

          :  **Case No.  5-18-bk-03323-RNO**

**Gerald S. Wall aka Gerald Scott Wall,** :

          :  **Ch.** 13

    Debtor    :

### Item I:  NOTICE OF SALE OF REAL ESTATE FREE AND CLEAR OF LIEN AND TO APPROVE DISTRIBUTION AT CLOSING

    NOTICE IS HEREBY GIVEN THAT the above Debtor pursuant has filed an Motion for authority to sell Debtor's interest in real property known as 19 Ferretti Drive, West Wyoming, Luzerne County, PA Free and Clear of Liens of Internal Revenue Service and Hanover National Bank to Donald B. Belcher, a person unrelated to the Debtor, for $269,000.00, and to pay liens & expenses of sale at closing as more fully set forth in the Motion.

### Item II:  NOTICE OF APPLICATION TO APPROVE REALTOR'S COMMISSION

    The Debtor has filed an Application to Approve payment of a 5% Realtor's Commission ($13,495.00) to Gerald L. Bush Real Estate, Inc.. at closing on the sale of real estate at19 Ferretti Drive, West Wyoming, Pennsylvania.

    **OBJECTIONS**, if any, to the Motion or Application must be in writing and filed with the Clerk of the Bankruptcy Court on or before **July 22, 2019**.

    The address of the Clerk of the Bankruptcy Court is Max Rosenn Federal Court House, 197 South Main Street, Wilkes-Barre PA 18701.

    If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

LISA M. DORAN, ESQUIRE
Attorney for the Debtor
69 Public Square - Suite 700
Wilkes Barre PA 18701
570-823-9111

Dated:  July 1, 2019

Label Matrix for local noticing
0314-5
Case 5:18-bk-03323-RNO
Middle District of Pennsylvania
Wilkes-Barre
Mon Jul  1 10:42:19 EDT 2019

ACAR Leasing LTD d/b/a GM Financial Leasing
4000 Embarcadero Dr.
Arlington, TX 76014-4101

ACAR leasing LTD d/b/a
GM Financial Leasing
PO Box 183853
Arlington, TX 76096-3853

Airport Sand & Gravel
500 Swetland Ln
West Wyoming, PA 18644-1498

Amerigas
PO Box 965
Valley Forge, PA 19482-0965

Atty Raymond Wendolowski
PO Box 1313
Wilkes Barre, PA 18703-1313

B.A.C. Local 05 Pa Benefits Fund
2163 Berryhill St
Harrisburg, PA 17104-2010

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Berkheimer
Coll: Local Payroll Tax
PO Box 25132
Lehigh Valley, PA 18002-5132

Berkheimer Tax Administrator
50 N 7th St
Bangor, PA 18013-1731

Berkheimer agent for City of Pittston/Pittst
50 North Seventh Street
Bangor, PA 18013-1731

Jerome B Blank
Phelan Hallinan & Schmieg LLP
One Penn Center
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103-1814

BlueVineCapitol, Inc.
401 Warren St Ste 300
Redwood City, CA 94063-1578

Borough of Exeter
PO Box 41
Wilkes Barre, PA 18703-0041

Bricklayers Int'l Pension Fund
504 S Main St
Wilkes Barre, PA 18701-2102

Builder Supply Company
504 S Main St
Wilkes Barre, PA 18701-2102

Builders First Source
695 Wyoming Ave
Kingston, PA 18704-3876

Capital One
Bankruptcy Department
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Carpenters Combined Funds
% Tucker Arnsberg
1500 One PPG Pl
Pittsburgh, PA 15222-5413

Allison L. Carr
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5413

Charles W. Johnston
Charles W. Johnston, PC
P. O. Box 98
Camp HIll, PA 17001-0098

Charles W. Johnston, Esquire
Charles W. Johnston, PC
P.O. Box 98
Camp Hill, PA 17001-0098

Charles W. Johnston, Esquire
P. O. Box 98
Camp Hill, PA 17001-0098

Chase/Bank One Card
PO Box 15298
Wilmington, DE 19850-5298

City of Scranton
340 N Washington Ave
Scranton, PA 18503-1582

Color World
701 Twp Blvd
Pittston, PA 18640

Comenity Bank/Jared
Bankruptcy Dept.
PO Box 182125
Columbus, OH 43218-2125

William E. Craig
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057-3125

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

Delta Electrical Systems
11 Garfield St
Nanticoke, PA 18634-1538

Lisa M. Doran
Doran & Doran, P.C.
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

Doran & Doran PC
69 Public Sq Ste 700
Wilkes-Barre, PA 18701-2588

Dupont Grand Rental Station
RR 11
Dupont, PA 18641

ESP Concrete Pumping Inc.
PO Box 310
Sweet Valley, PA 18656-0310

FBM
2 Stevens Rd
Wilkes Barre, PA 18702-5351

Fastenal
PO Box 1286
Winona, MN 55987-7286

First Insurance Funding
450 Skokie Blvd Ste 1000
Northbrook, IL 60062-7917

GE Capital Retail Bank
Attn: Bankruptcy Dept
PO Box 103104
Roswell, GA 30076-9104

GM Financial Leasing
PO Box 183834
Arlington, TX 76096-3834

Mario John Hanyon
Phelan Hallinan & Schmieg
1617 JFK BLVD
Suite 1400
Philadelphia, PA 19103-1814

Heavy & Highway Constuction Workers
Local #158
4655 Linglestown Rd Ste D
Harrisburg, PA 17112-8544

High Mountain Hardware, Inc
20 Banks Ave
McAdoo, PA 18237-2507

Hines Motorsport,Inc.
970 Shoemaker Ave
West Wyoming, PA 18644-1122

Honesdale National Bank
733 Main St
Honesdale, PA 18431-1844

Honesdale National Bank
PO Box 350
Honesdale, PA 18431-0350

IUPAT Combined Funds
% Frank M. Vaccaro & Assoc
27 Roland Ave Ste 200
Mount Laurel, NJ 08054-1057

Internal Revenue Service
Sp. Procedures Bkcy Section
PO Box 7346
Philadelphia, PA 19101-7346

International Trowel Trades
620 F St NW
Washington, DC 20004-1618

Interstate Building Materials, Inc.
322 Laurel Street
Pittston, PA 18640-3538

Interstate Building Materials, Inc.
PO Box 708
Pittston, PA 18640-0708

Intuit Payroll Service
2700 Coast Ave
Mountain View, CA 94043-1140

Intuit Softward
2700 Coast Ave
Mountain View, CA 94043-1140

James W. Cox & Son, Inc.
502 Moltke Ave
Scranton, PA 18505-2616

James W. Quandel & Sons, Inc.
PO Box 220
Minersville, PA 17954-0220

John J. Martin, Esquire
1022 Court Street
Honesdale, PA 18431-1925

Valerie Michelle Johnson
Pnc Bank
6750 Miller Rd
Brecksville, oh 44141-3239

Joseph J. Joyce Associates, Inc.
9 N Main St
Pittston, PA 18640-1836

Keystone Block
600 Glenn St
Scranton, PA 18509-2213

Keystone Container Services
Laurence C. Musgove Assoc
PO Box 13487
Roanoke, VA  24034-3487

Laborers General Fund
% Charles Johnson
101 Erford Rd Ste 302
Camp Hill, PA  17011-1802

Laborers General Fund
Laurence C Musgrove Assoc.
PO Box 13487
Roanoke, VA  24034-3487

Laborers Local Union #158
22201 Forest Hills Dr Ste 6
Harrisburg, PA  17112-1089

Laborers Tri-County Pension Fund
431 Wyoming Ave
Scranton, PA  18503-1228

Laborers' Local No. 130 Annuity Fund
c/o Lawrence C. Musgrove Associates, Inc
P.O. Box 13487
Roanoke, VA 24034-3487

Laborers' Local No. 130 Pension Fund
c/o Lawrence C. Musgrove Associates, Inc
P. O. Box 13487
Roanoke, VA 24034-3487

Laborers' Local No. 130 Welfare Fund
c/o Lawrence C. Musgrove Associates, Inc
P. O. Box 13487
Roanoke, VA 24034-3487

Lackawanna American Insurance Co.
46 Public Sq
Wilkes Barre, PA  18701-2609

Liberty Mutual
100 Liberty Way
Dover, NH  03820-4597

Luzerne Co. Tax Claim Bureau
200 N River St
Wilkes Barre, PA  18711-1004

John J. Martin
Law Offices John J. Martin
1022 Court Street
Honesdale, PA 18431-1925

Kimberly D Martin
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA 18431-1925

Mesko Glass
100 Glendale Rd
Avoca, PA  18641-9518

Mesko Glass & Mirror Co
801 Avenue
Scranton, PA  18509

Mesko Glass & Mirror Co. Inc,.
100 Glendale Rd.
Avoca, PA 18641-9518

Mid-Atlantic Engineering
120 Commerce Rd
Pittston Township, PA  18640-9552

Mid-Atlantic LECET
11951 Freedom Drive No. 310
Reston, VA 20190-5686

N & B Enterprises
482 Shoemaker Ave
West Wyoming, PA  18644-1211

N & B Realty
484 Shoemaker Ave
West Wyoming, PA  18644-1211

NEPCA
363 Laurel Street
Pittston PA 18640-3507

Office of Unemployment Comp Tax
PO Box 60127
Harrisburg, PA  17106-0127

Oley Industries
966 Shoemaker Ave
West Wyoming, PA  18644-1122

Oppenheimer Funds
Attn: Retirement Plan Purchases
PO Box 5390
Denver, CO  80217-5390

PA Dept of Rev. Bankruptcy Div.
Bureau of Compliance
PO Box 280946
Harrisburg, PA  17128-0946

PA Unemployment Comp. Fund
PO Box 60127
Harrisburg, PA  17106-0127

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101-4982

PNC Bank
PO Box 3429
Pittsburgh, PA  15230-3429

PPL
827 Hausman Road
Allentown, PA 18104-9392

Painters Dist Counsel 71 Benefit Fund
% Frank M/Vaccaro & Assocs Inc.
27 Roland Ave Ste 200
Mount Laurel, NJ  08054-1038

Penn Medicine
c/o Central Credit Services LLC
9550 Regency Square Blvd Ste 500
Jacksonville, FL  32225-8169

Pennsylvania American Water
Customer Service
800 W Hershey Park Drive
Hershey, PA 17033-2400

Pennsylvania Building Trades Council
800 N 3rd St Ste 407
Harrisburg, PA  17102-2025

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, Pa.  17128-0946

Plasters & Cement Masons Local 592
431 Wyoming Ave # 431
Scranton, PA  18503-1228

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quick Books Payroll Service
2700 Coast Ave
Mountain View, CA  94043-1140

(p)INTUIT INC C O CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808-1674

Rise Construction Co Inc.
RR 2 Box 2205
Lake Ariel, PA  18436

Sam Ferretti
484 Shoemaker Ave
West Wyoming, PA  18644-1211

Sean Byrn Construction
2911 Birney Ave
Scranton, PA  18505-3131

Sherwin Williams
334 Pierce St
Kingston, PA  18704-5121

Jillian Nolan Snider
Tucker Arensburg P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5413

Thomas Song
Phelan Hallinan Diamond & Jones
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814

State  Auto Insurance Co.
518 E Broad St
Columbus, OH 43215-3976

State Automobile Mutual Insurance Co
518 E. Broad St.
Columbus, OH 43215-3901

Sterling Glass Inc.
1101 Penn Ave
Scranton, PA  18509-2703

Team Supply Inc.
PO Box 2178
Hazleton, PA  18201-1056

Terrazzzo Restoration & Installation
263 Mountain Dr
Fredericksburg, PA  17026-9102

Thomas M. Gill & Co.
838 Shoemaker Ave
West Wyoming, PA  18644-1108

Tom Pizano, Tax Collector
Exeter Borough
1101 Wyoming Ave
Exeter, PA 18643-1936

(p)UGI UTILITIES INC
ATTN CREDIT & COLLECTIONS
P O BOX 13009
READING PA 19612-3009

Union Trowel Trades Benefits Fund
PO Box 6480
Harrisburg, PA 17112-0480

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

WVSA
PO Box 33A
Wilkes-Barre, PA  18703

Gerald S. Wall
PO Box 87
Langhorn, PA 19047-0087

Wall Gerald S
19 Ferretti Dr
West Wyoming, PA  18644-1744

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-7700

Wells Fargo Home Mortgage
Customer Service
PO Box 10335
Des Moines, IA  50306-0335

West Wyoming Borough Sewer Maintenance
PO Box 2232
Wilkes Barre, PA  18703-2232

c/o Jillian Nolan Snider, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5413

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982234
El Paso, TX  79998-2234

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Quickbooks
2700 Coast Ave
Mountain View, CA  94043-1140

UGI Penn Natural Gas, Inc.
PO Box 13009
Reading, PA 19612-3009

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carpenters Combined Funds, Inc.

(u)PNC BANK NATIONAL  ASSOCIATION

(d)PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101-4982

(d)The Honesdale National Bank
733 Main Street
Honesdale, PA 18431-1844

(d)The Honesdale National Bank
733 Main Street
Honesdale, PA 18431-1844

(u)Wells Fargo Bank, N.A.

End of Label Matrix
Mailable recipients   122
Bypassed recipients     6
Total                 128