In re:                                                           Case No. 18-03323-RNO
Gerald S. Wall                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr          Page 1 of 3          Date Rcvd: Jul 02, 2019
                            Form ID: orreshrg      Total Noticed: 109

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.

```
db          +Gerald S. Wall,    PO Box 87,    Langhorn, PA 19047-0087
cr          +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
5097983     +ACAR leasing LTD d/b/a,    GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
5094700     +Airport Sand & Gravel,    500 Swetland Ln,    West Wyoming, PA 18644-1498
5094701      Amerigas,    PO Box 965,    Valley Forge, PA 19482-0965
5094702      Atty Raymond Wendolowski,    PO Box 1313,    Wilkes Barre, PA 18703-1313
5094703      B.A.C. Local 05 Pa Benefits Fund,    2163 Berryhill St,    Harrisburg, PA 17104-2010
5094704     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982234,    El Paso, TX  79998-2234)
5112865     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5094705      Berkheimer,    Coll: Local Payroll Tax,    PO Box 25132,    Lehigh Valley, PA 18002-5132
5094706      Berkheimer Tax Administrator,    50 N 7th St,    Bangor, PA 18013-1731
5100382     +Berkheimer agent for City of Pittston/Pittston ASD,    50 North Seventh Street,
             Bangor, PA 18013-1731
5094707      BlueVineCapitol, Inc.,    401 Warren St Ste 300,    Redwood City, CA 94063-1578
5094708      Borough of Exeter,    PO Box 41,    Wilkes Barre, PA 18703-0041
5094709      Bricklayers Int'l Pension Fund,    504 S Main St,    Wilkes Barre, PA 18701-2102
5094710      Builder Supply Company,    504 S Main St,    Wilkes Barre, PA 18701-2102
5094711      Builders First Source,    695 Wyoming Ave,    Kingston, PA 18704-3876
5094713     +Carpenters Combined Funds,    % Tucker Arnsberg,    1500 One PPG Pl,    Pittsburgh, PA 15222-5413
5146808      Charles W. Johnston,    Charles W. Johnston, PC,    P. O. Box 98,    Camp HIll, PA 17001-0098
5146807      Charles W. Johnston, Esquire,    Charles W. Johnston, PC,    P.O. Box 98,
             Camp Hill, PA 17001-0098
5113889      Charles W. Johnston, Esquire,    P. O. Box 98,    Camp Hill, PA 17001-0098
5094714      Chase/Bank One Card,    PO Box 15298,    Wilmington, DE 19850-5298
5094715     +City of Scranton,    340 N Washington Ave,    Scranton, PA 18503-1582
5094716      Color World,    701 Twp Blvd,    Pittston, PA 18640
5094718      Delta Electrical Systems,    11 Garfield St,    Nanticoke, PA 18634-1538
5094699      Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA 18701-2588
5094719      Dupont Grand Rental Station,    RR 11,    Dupont, PA 18641
5094720      ESP Concrete Pumping Inc.,    PO Box 310,    Sweet Valley, PA 18656-0310
5094722      FBM,    2 Stevens Rd,    Wilkes Barre, PA 18702-5351
5094721      Fastenal,    PO Box 1286,    Winona, MN 55987-7286
5094723      First Insurance Funding,    450 Skokie Blvd Ste 1000,    Northbrook, IL 60062-7917
5094725      GM Financial Leasing,    PO Box 183834,    Arlington, TX 76096-3834
5094726      Heavy & Highway Constuction Workers,    Local #158,    4655 Linglestown Rd Ste D,
             Harrisburg, PA 17112-8544
5094727      High Mountain Hardware, Inc,    20 Banks Ave,    McAdoo, PA 18237-2507
5094728      Hines Motorsport,Inc.,    970 Shoemaker Ave,    West Wyoming, PA 18644-1122
5094767     ++INTUIT INC C O CORPORATION SERVICE COMPANY,    251 LITTLE FALLS DRIVE,
             WILMINGTON DE 19808-1674
             (address filed with court: Quickbooks,    2700 Coast Ave,    Mountain View, CA 94043-1140)
5094736     +IUPAT Combined Funds,    % Frank M. Vaccaro & Assoc,    27 Roland Ave Ste 200,
             Mount Laurel, NJ 08054-1057
5094732      International Trowel Trades,    620 F St NW,    Washington, DC 20004-1618
5099897     #+Interstate Building Materials, Inc.,    322 Laurel Street,    Pittston, PA 18640-3538
5094733      Interstate Building Materials, Inc.,    PO Box 708,    Pittston, PA 18640-0708
5094734      Intuit Payroll Service,    2700 Coast Ave,    Mountain View, CA 94043-1140
5094735      Intuit Softward,    2700 Coast Ave,    Mountain View, CA 94043-1140
5094737      James W. Cox & Son, Inc.,    502 Moltke Ave,    Scranton, PA 18505-2616
5094738      James W. Quandel & Sons, Inc.,    PO Box 220,    Minersville, PA 17954-0220
5117963     +John J. Martin, Esquire,    1022 Court Street,    Honesdale, PA 18431-1925
5094739      Joseph J. Joyce Associates, Inc.,    9 N Main St,    Pittston, PA 18640-1836
5094740      Keystone Block,    600 Glenn St,    Scranton, PA 18509-2213
5094741      Keystone Container Services,    Laurence C. Musgove Assoc,    PO Box 13487,
             Roanoke, VA 24034-3487
5094742      Laborers General Fund,    Laurence C Musgrove Assoc.,    PO Box 13487,    Roanoke, VA 24034-3487
5094743      Laborers General Fund,    % Charles Johnson,    101 Erford Rd Ste 302,
             Camp Hill, PA 17011-1802
5094744      Laborers Local Union #158,    22201 Forest Hills Dr Ste 6,    Harrisburg, PA 17112-1089
5094745      Laborers Tri-County Pension Fund,    431 Wyoming Ave,    Scranton, PA 18503-1228
5113890     +Laborers' Local No. 130 Annuity Fund,    c/o Lawrence C. Musgrove Associates, Inc,
             P.O. Box 13487,    Roanoke, VA 24034-3487
5113934     +Laborers' Local No. 130 Pension Fund,    c/o Lawrence C. Musgrove Associates, Inc,
             P. O. Box 13487,    Roanoke, VA 24034-3487
5113908     +Laborers' Local No. 130 Welfare Fund,    c/o Lawrence C. Musgrove Associates, Inc,
             P. O. Box 13487,    Roanoke, VA 24034-3487
5094746      Lackawanna American Insurance Co.,    46 Public Sq,    Wilkes Barre, PA 18701-2609
5094747      Liberty Mutual,    100 Liberty Way,    Dover, NH 03820-4597
5094748      Luzerne Co. Tax Claim Bureau,    200 N River St,    Wilkes Barre, PA 18711-1004
5094749      Mesko Glass,    100 Glendale Rd,    Avoca, PA 18641-9518
5094750      Mesko Glass & Mirror Co,    801 Avenue,    Scranton, PA 18509
5120132     +Mesko Glass & Mirror Co. Inc,.,    100 Glendale Rd.,    Avoca, PA 18641-9518
5094751      Mid-Atlantic Engineering,    120 Commerce Rd,    Pittston Township, PA 18640-9552
```

```
5094752        +Mid-Atlantic LECET,    11951 Freedom Drive No. 310,    Reston, VA 20190-5686
5094753         N & B Enterprises,    482 Shoemaker Ave,    West Wyoming, PA 18644-1211
5094754         N & B Realty,    484 Shoemaker Ave,    West Wyoming, PA 18644-1211
5094755        +NEPCA,    363 Laurel Street,    Pittston PA 18640-3507
5094756         Office of Unemployment Comp Tax,    PO Box 60127,    Harrisburg, PA 17106-0127
5094757         Oley Industries,    966 Shoemaker Ave,    West Wyoming, PA 18644-1122
5094758        #Oppenheimer Funds,    Attn: Retirement Plan Purchases,    PO Box 5390,    Denver, CO 80217-5390
5094759         PA Dept of Rev. Bankruptcy Div.,    Bureau of Compliance,    PO Box 280946,
                 Harrisburg, PA 17128-0946
5094760         PA Unemployment Comp. Fund,    PO Box 60127,    Harrisburg, PA 17106-0127
5094765         PNC Bank,    PO Box 3429,    Pittsburgh, PA 15230-3429
5199894        +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
5116181         PPL,    827 Hausman Road,    Allentown, PA 18104-9392
5094761         Painters Dist Counsel 71 Benefit Fund,    % Frank M/Vaccaro & Assocs Inc.,
                 27 Roland Ave Ste 200,    Mount Laurel, NJ 08054-1038
5094762         Penn Medicine,    c/o Central Credit Services LLC,    9550 Regency Square Blvd Ste 500,
                 Jacksonville, FL 32225-8169
5116179        +Pennsylvania American Water,    Customer Service,    800 W Hershey Park Drive,
                 Hershey, PA 17033-2400
5094763         Pennsylvania Building Trades Council,    800 N 3rd St Ste 407,    Harrisburg, PA 17102-2025
5094764         Plasters & Cement Masons Local 592,    431 Wyoming Ave # 431,    Scranton, PA 18503-1228
5094766         Quick Books Payroll Service,    2700 Coast Ave,    Mountain View, CA 94043-1140
5094768         Rise Construction Co Inc.,    RR 2 Box 2205,    Lake Ariel, PA 18436
5094769         Sam Ferretti,    484 Shoemaker Ave,    West Wyoming, PA 18644-1211
5094770         Sean Byrn Construction,    2911 Birney Ave,    Scranton, PA 18505-3131
5094771         Sherwin Williams,    334 Pierce St,    Kingston, PA 18704-5121
5094772        +State  Auto Insurance Co.,    518 E Broad St,    Columbus, OH 43215-3976
5120187        +State Automobile Mutual Insurance Co,    518 E. Broad St.,    Columbus, OH 43215-3901
5094773         Sterling Glass Inc.,    1101 Penn Ave,    Scranton, PA 18509-2703
5094774         Team Supply Inc.,    PO Box 2178,    Hazleton, PA 18201-1056
5094775         Terrazzzo Restoration & Installation,    263 Mountain Dr,    Fredericksburg, PA 17026-9102
5094776         Thomas M. Gill & Co.,    838 Shoemaker Ave,    West Wyoming, PA 18644-1108
5094777        +Tom Pizano, Tax Collector,    Exeter Borough,    1101 Wyoming Ave,    Exeter, PA 18643-1936
5094778        +Union Trowel Trades Benefits Fund,    PO Box 6480,    Harrisburg, PA 17112-0480
5094781         WVSA,    PO Box 33A,    Wilkes-Barre, PA 18703
5094698         Wall Gerald S,    19 Ferretti Dr,    West Wyoming, PA 18644-1744
5115215         Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
5094779         Wells Fargo Home Mortgage,    Customer Service,    PO Box 10335,    Des Moines, IA 50306-0335
5094780         West Wyoming Borough Sewer Maintenance,    PO Box 2232,    Wilkes Barre, PA 18703-2232
5097027        +c/o Jillian Nolan Snider, Esquire,    Tucker Arensberg, P.C.,    1500 One PPG Place,
                 Pittsburgh, PA 15222-5413
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5094712         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 02 2019 19:31:18     Capital One,
                 Bankruptcy Department,    PO Box 30285,    Salt Lake City, UT 84130-0285
5116570         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 02 2019 19:30:14
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5094717         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2019 19:32:55     Comenity Bank/Jared,
                 Bankruptcy Dept.,    PO Box 182125,    Columbus, OH 43218-2125
5094724         E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 19:31:15     GE Capital Retail Bank,
                 Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
5094730         E-mail/Text: miller@hnbbank.com Jul 02 2019 19:32:49     Honesdale National Bank,    PO Box 350,
                 Honesdale, PA 18431-0350
5094729         E-mail/Text: miller@hnbbank.com Jul 02 2019 19:32:49     Honesdale National Bank,    733 Main St,
                 Honesdale, PA 18431-1844
5094731         E-mail/Text: cio.bncmail@irs.gov Jul 02 2019 19:32:47     Internal Revenue Service,
                 Sp. Procedures Bkcy Section,    PO Box 7346,    Philadelphia, PA 19101-7346
5116802         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 19:31:21
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5117609         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 02 2019 19:33:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
5117363         E-mail/Text: bnc-quantum@quantum3group.com Jul 02 2019 19:32:59
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
5116180         E-mail/Text: bkrcy@ugi.com Jul 02 2019 19:33:24     UGI Penn Natural Gas, Inc.,    PO Box 13009,
                 Reading, PA 19612-3009
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
cr*            +The Honesdale National Bank,    733 Main Street,    Honesdale, PA 18431-1844
5100374*       +The Honesdale National Bank,    733 Main Street,    Honesdale, PA 18431-1844
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Carpenters Combined Funds, Inc. acarr@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Jillian Nolan Snider    on behalf of Creditor    Carpenters Combined Funds, Inc.
               jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
              John J. Martin    on behalf of Creditor    The Honesdale National Bank jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Kimberly D Martin    on behalf of Creditor    The Honesdale National Bank kmartin@martin-law.net,
               jashley@martin-law.net;r59891@notify.bestcase.com
              Lisa M. Doran    on behalf of Debtor 1 Gerald S. Wall ldoran@dorananddoran.com
              Mario John Hanyon    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Valerie Michelle Johnson    on behalf of Creditor    PNC BANK N.A. V.johnson@pnc.com
              William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                                             TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gerald S. Wall,
aka Gerald Scott Wall,

**Debtor 1**

Chapter: 13

Case number: 5:18−bk−03323−RNO

Document Number: 101

Matter: Motion for Sale Free and Clear of Liens

Gerald S. Wall,
aka Gerald Scott Wall,
**Movant(s)**

vs.

United State sof America, Internal Revenue Service and Honesdale National Bank
**Respondent(s)**

### Order

    Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above−referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001−6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

    **IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: 7/31/19  Time: 09:30 AM |
|---|---|

Dated: July 2, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

---

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

orreshrg(5/18)