# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: **Case No. 5-18-bk-03323-RNO**
**Gerald S. Wall aka Gerald Scott Wall,** :
: **Ch. 13**
    Debtor :
:

## ORDER ALLOWING SHORTENED NOTICE
## ON DEBTOR'S AMENDED NOTICE OF SALE OF REAL PROPERTY

    Upon Motion of the above Debtor seeking a shortened notice period on the Debtor's Amended Notice to sell real property and for cause shown, it is,

    ORDERED that the Debtor is authorized to shorten the Amended Notice of sale of the property on Ferretti Drive to seven (7) days and

    FURTHER ORDER that the Stay of Order under Rule 6004(h) is waived.

Dated: August 22, 2019      By the Court,

*/s/ Robert N. Opel II*
_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)