# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  :
: Case No. 5-18-bk-03323-RNO
**Gerald S. Wall aka Gerald Scott Wall,** :
: Ch. 13
      Debtor :
:

## Amended Certification of Service

The undersigned, Lisa M Doran, hereby certifies that a true and correct copy of the *Debtor's Motion to Shorten Amended Notice of Sale of Real Property* was served electronically through ECF upon filing.

                Office of U. S. Trustee
                ustpregion03.ha.ecf@usdoj.gov

                Charles J. DeHart, III, Trustee
                TWecf@pamd13trustee.com

                /s/ *Lisa M. Doran*
                Lisa M. Doran, Esquire, ID # 58879
                Attorney for Debtor
                Doran & Doran, P.C.
                69 Public Square - Suite 700
                Wilkes Barre PA 18701
                (570) 823-9111

Dated: August _____, 2019