In re:  
Gerald S. Wall  
    Debtor

Case No. 18-03323-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: LyndseyPr     Page 1 of 1     Date Rcvd: Sep 03, 2019  
                           Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.  
5115215      Wells Fargo Bank, N.A.,   Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road, Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2019 at the address(es) listed below:  
      Allison L. Carr   on behalf of Creditor   Carpenters Combined Funds, Inc. acarr@tuckerlaw.com, agilbert@tuckerlaw.com  
      Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com  
      James Warmbrodt   on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
      Jerome B Blank   on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com  
      Jillian Nolan Snider   on behalf of Creditor   Carpenters Combined Funds, Inc. jsnider@tuckerlaw.com, agilbert@tuckerlaw.com  
      John J. Martin   on behalf of Creditor   The Honesdale National Bank jmartin@martin-law.net, kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com  
      Kimberly D Martin   on behalf of Creditor   The Honesdale National Bank kmartin@martin-law.net, jashley@martin-law.net;r59891@notify.bestcase.com  
      Lisa M. Doran   on behalf of Debtor 1 Gerald S. Wall ldoran@dorananddoran.com  
      Mario John Hanyon   on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com  
      Thomas Song   on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com  
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov  
      Valerie Michelle Johnson   on behalf of Creditor   PNC BANK N.A. V.johnson@pnc.com  
      William E. Craig   on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
                                                                                  TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-03323-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Gerald S. Wall
PO Box 87
Langhorn PA 19047

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/31/2019.

Name and Address of Alleged Transferor(s):

Claim No. 12: Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129
Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/05/19

Terrence S. Miller
**CLERK OF THE COURT**