```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03323-RNO
Gerald S. Wall                                                      Chapter 13
        Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: LyndseyPr         Page 1 of 1              Date Rcvd: Sep 04, 2019
                             Form ID: pdf010         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
db             +Gerald S. Wall,    PO Box 87,    Langhorn, PA 19047-0087

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5094730         E-mail/Text: miller@hnbbank.com Sep 04 2019 19:14:28      Honesdale National Bank,   PO Box 350,
                 Honesdale, PA  18431-0350
5094731         E-mail/Text: cio.bncmail@irs.gov Sep 04 2019 19:14:27      Internal Revenue Service,
                 Sp. Procedures Bkcy Section,    PO Box 7346,   Philadelphia, PA  19101-7346
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Carpenters Combined Funds, Inc. acarr@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Charles J DeHart, III (Trustee)     TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Jillian Nolan Snider    on behalf of Creditor    Carpenters Combined Funds, Inc.
               jsnider@tuckerlaw.com,     agilbert@tuckerlaw.com
              John J. Martin    on behalf of Creditor    The Honesdale National Bank jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Kimberly D Martin    on behalf of Creditor    The Honesdale National Bank kmartin@martin-law.net,
               jashley@martin-law.net;r59891@notify.bestcase.com
              Lisa M. Doran    on behalf of Debtor 1 Gerald S. Wall ldoran@dorananddoran.com
              Mario John Hanyon    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              Valerie Michelle Johnson    on behalf of Creditor    PNC BANK N.A. V.johnson@pnc.com
              William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,     mortoncraigecf@gmail.com
                                                                                             TOTAL: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **Case No. 5-18-bk-03323-RNO** |
| **Gerald S. Wall aka Gerald Scott Wall,** | : | |
| | : | **Ch. 13** |
| Debtor | : | |
| | : | |
| **Gerald S. Wall aka Gerald Scott Wall,** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **United States of America,** | : | |
| **Internal Revenue Service,** | : | |
| and | : | |
| **Honesdale National Bank,** | : | |
| | : | |
| Respondents | : | |

## ORDER APPROVING SALE OF REAL PROPERTY AT
## 19 FERRETT DRIVE, WEST WYOMING, PA
## FREE AND CLEAR OF LIENS OF RESPONDENT
## AND AUTHORIZING DISTRIBUTION AT CLOSING

Upon Motion of the above Debtor asking that this Court approve a sale of Debtor's real property known as 19 Ferretti Drive, West Wyoming, Luzerne County, PA, free and clear of Liens of Respondents and to authorize distribution of proceeds, and after Notice, it is,

ORDERED as follows:

1. The Motion is hereby granted.

2. The Debtor is authorized to sell the Real Property known as 19 Ferretti Drive, West Wyoming, Luzerne County, PA, Luzerne County, PA (more fully described in Luzerne County Deed Book 3016, page 045427, **PIN # E10SE2-01A-005-000** free and clear of the Liens of the Respondents to Donald B. Belcher (or his assignee, provided that the assignee is unrelated to the

Debtor) for the sum of $259,000.00 as more fully described in the Motion,

    3. The Debtor shall pay the following items at closing: realtor's commission consisting of 5% of the sales price; real estate taxes pro-rated to date of closing; customary expenses of sale (including transfers taxes); any municipal liens, first mortgage of Wells Fargo in the balance due calculated to the date of closing; and the second mortgage of PNC Bank, in the balance due as calculated to the date of closing;

    4. The Liens of Internal Revenue Service shall attach to the net proceeds of sale after payment of the items described above.

    5. The net proceeds after payment of items in Paragraph 3 will be escrowed and will be paid to the Internal Revenue Service toward its Federal Tax Lien, once the lien payoff has been determined.

    6. If excess proceeds remain after the paying of the federal tax lien, the proceeds would then be paid toward the Debtor's exemptions as outlined in the confirmed Chapter 13 Plan, and any remaining balance to the Chapter 13 Trustee.

Dated: September 4, 2019

By the Court,

*Robt N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (BI)