```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03323-RNO
Gerald S. Wall                                                      Chapter 13
        Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: LyndseyPr          Page 1 of 1           Date Rcvd: Sep 05, 2019
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5094731        E-mail/Text: cio.bncmail@irs.gov Sep 05 2019 19:21:11     Internal Revenue Service,
               Sp. Procedures Bkcy Section,   PO Box 7346,   Philadelphia, PA  19101-7346
                                                                                                TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Carpenters Combined Funds, Inc. acarr@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Jillian Nolan Snider    on behalf of Creditor    Carpenters Combined Funds, Inc.
               jsnider@tuckerlaw.com,   agilbert@tuckerlaw.com
              John J. Martin    on behalf of Creditor    The Honesdale National Bank jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Kimberly D Martin    on behalf of Creditor    The Honesdale National Bank kmartin@martin-law.net,
               jashley@martin-law.net;r59891@notify.bestcase.com
              Lisa M. Doran    on behalf of Debtor 1 Gerald S. Wall ldoran@dorananddoran.com
              Mario John Hanyon    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Valerie Michelle Johnson    on behalf of Creditor    PNC BANK N.A. V.johnson@pnc.com
              William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                               TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 5-18-bk-03323 |
| **Gerald S. Wall aka Gerald Scott Wall,** | : | |
| | : | **Ch.** 13 |
| Debtor | : | |
| | : | |
| **Gerald S. Wall aka Gerald Scott Wall,** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **United States of America, Internal Revenue Service,** | : | |
| **and Honesdale National Bank** | : | |
| Respondents | : | |

## ORDER APPROVING STIPULATION and AMENDED ORDER APPROVING SALE OF REAL PROPERTY AT 19 FERRETTI DRIVE, WEST WYOMING, PA FREE AND CLEAR OF LIENS OF RESPONDENTS
## AND AUTHORIZING DISTRIBUTION AT CLOSING

Upon Stipulation entered into by and between Gerald S. Wall ("Debtor"); the United States of America, Internal Revenue Service; and Honesdale National Bank, through their respective Attorneys, agreeing that the pending sale of Real Property under the proposed amended sale terms may be free and clear of the liens of the Respondents, and after notice of sale was sent to all creditors, it is

ORDERED as follows:

    1. The Debtor is authorized to sell the Real Property known as 19 Ferretti Drive, West Wyoming, Luzerne County, PA, Luzerne County, PA (more fully described in Luzerne County Record Book 3016, page 045427, PIN # E10SE2-01A-005-000 free and clear of the Liens of the Respondents to Donald B. Belcher (or his assignee, provided that the assignee is unrelated to the Debtor) for the sum of $259,000.00.

2. The Debtor shall pay the following items at closing: realtor's commission not to exceed 5% of the sales price; real estate taxes pro-rated to date of closing; customary expenses of sale (including transfers taxes); any municipal liens, first mortgage of Wells Fargo paid in full in the balance due calculated to the date of closing; the second mortgage of PNC Bank, in the balance due as calculated to the date of closing; and seller's assist.

3. The Liens of Internal Revenue Service and Honesdale National Bank shall attach to the net proceeds of sale after payment of the items described above.

4. The net proceeds after payment of items in ¶2 will be escrowed and will be paid to the Internal Revenue Service toward its Federal Tax Lien, once the lien payoff has been determined. (The escrow may be held by either the closing agent or counsel for the Debtor).

5. If excess proceeds remain after the paying of the federal tax lien, the proceeds would then be paid toward the Debtor's exemptions as outlined in the confirmed Chapter 13 Plan, and any remaining balance to the Chapter 13 Trustee.

6. The Debtor agrees that if, after payment of the net proceeds of sale to the IRS for payment of the federal tax lien, the remaining payments in the First Amended Chapter 13 Plan will be insufficient to pay the priority tax to the IRS in full, the Debtor will amend the plan so that the IRS priority claim will be paid in full through the remaining term of the Chapter 13 plan.

Dated: September 5, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)