IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :  Case No. 5-18-bk-03323
**Gerald S. Wall aka Gerald Scott Wall,** :
                                          :  Ch. 13
    Debtor                                :

## REPORT OF SALE

And now, the above Debtor by his attorneys, Doran & Doran, P.C., reports on the sale of Real Property owned by the Debtor.

1. Debtor was the owner of Real Property located at 19 Ferretti Drive, West Wyoming, Pennsylvania.

2. The Real property was sold to Donald B. Belcher pursuant to an Order of Court dated July 31, 2019.

3. The closing took place on September 9, 2019.

4. A copy of the Closing Statement attached hereto shows the complete transaction of the sale.

Dated: November 21, 2019           DORAN & DORAN, P.C.

                                   By: *Lisa M. Doran*

                                   Lisa M. Doran, Esquire
                                   Attorneys for Debtor
                                   69 Public Square Ste 700
                                   Wilkes Barre, PA 18701

| File No./Escrow No.: | | Terrana Law, P.C. | |
|---|---|---|---|
| 19-9577 | | | |
| Print Date & Time: | | 400 Third Avenue Suite 117 | |
| 11/21/2019 10:04 AM | | Kingston, PA 18704 | |
| Officer/Escrow Officer: | | | |
| Settlement Location: | | | |

| Property Address: | 19 Ferretti Drive, West Wyoming, PA 18644 |
|---|---|
| Buyer: | Donald B. Belcher |
| Seller: | Gerald S. Wall |
| Lender: | PNC Bank, N.A. |
| Settlement Date: | 9/9/2019 |
| Disbursement Date: | 9/9/2019 |
| Additional dates per state requirements: | |

| Description | Seller | |
|---|---|---|
| | Debit | Credit |
| **Financial** | | |
| Sales Price of Property | | $259,000.00 |
| Seller Credit | $7,700.00 | |
| **Prorations/Adjustments** | | |
| Assessments from 9/9/2019 to 6/30/2020 | | $4,294.83 |
| County Taxes from 9/9/2019 to 12/31/2019 | | $732.19 |
| WVSA from 9/9/2019 to 9/30/2019 | | $13.15 |
| Levee from 9/9/2019 to 12/31/2019 | | $21.68 |
| Boro. Sewer from 9/9/2019 to 9/30/2019 | | $20.09 |
| **Commission** | | |
| Real Estate Commission Sellers Broker to Gerald L. Busch Real Estate | $8,050.00 | |
| **Government Recording and Transfer Charges** | | |
| State Tax/stamps to Luzerne County Recorder of Deeds | $2,590.00 | |
| **Payoff(s)** | | |
| Lender: Payoff of First Mortgage Loan to Specialized Loan Servicing  Principal Balance as of   $152,392.10  Interest on Payoff Loan: 0 days @ $0.00/day for $0.00 | $152,392.10 | |
| Lender: Payoff of Second Mortgage Loan to PNC Bank  Principal Balance as of 9/9/2019 $70,346.83  Interest on Payoff Loan: 3 days @ $0.00/day for $0.00  $0.00 | $70,346.83 | |
| **Miscellaneous** | | |
| 2019 School Tax to Robert Connors, Tax Collector | $5,310.50 | |
| WVSA balance to Wyoming Valley Sanitary Authority | $487.60 | |

Copyright 2015 American Land Title Association.  
All rights reserved.

| Description | Seller | |
|---|---|---|
| | Debit | Credit |
| West Wyoming Sewer to West Wyoming Borough Sewer | $287.97 | |
| Repair Fee to Birchwood Waterproofing | $4,980.00 | |
| IRS Lien Payment to Terrana Law, P.C., Escrow Agent | $11,936.94 | |

| | Debit | Credit |
|---|---|---|
| Subtotals | $264,081.94 | $264,081.94 |
| Due From Borrower | | |
| Due To Seller | | |
| Totals | $264,081.94 | $264,081.94 |

### Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize to cause the funds to be disbursed in accordance with this statement.

_____

Gerald S. Wall

_____

Escrow Officer

Copyright 2015 American Land Title Association.
All rights reserved.