In re:  Case No. 18-03323-MJC

Gerald S. Wall  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 5

Date Rcvd: Sep 13, 2023     Form ID: 3180W     Total Noticed: 107

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Gerald S. Wall, PO Box 87, Langhorn, PA 19047-0087 |
| 5094700 | + | Airport Sand & Gravel, 500 Swetland Ln, West Wyoming, PA 18644-1498 |
| 5094701 | | Amerigas, PO Box 965, Valley Forge, PA 19482-0965 |
| 5094702 | | Atty Raymond Wendolowski, PO Box 1313, Wilkes Barre, PA 18703-1313 |
| 5094703 | | B.A.C. Local 05 Pa Benefits Fund, 2163 Berryhill St, Harrisburg, PA 17104-2010 |
| 5094705 | | Berkheimer, Coll: Local Payroll Tax, PO Box 25132, Lehigh Valley, PA 18002-5132 |
| 5094706 | | Berkheimer Tax Administrator, 50 N 7th St, Bangor, PA 18013-1731 |
| 5100382 | + | Berkheimer agent for City of Pittston/Pittston ASD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5094707 | | BlueVineCapitol, Inc., 401 Warren St Ste 300, Redwood City, CA 94063-1578 |
| 5094708 | | Borough of Exeter, PO Box 41, Wilkes Barre, PA 18703-0041 |
| 5094709 | | Bricklayers Int'l Pension Fund, 504 S Main St, Wilkes Barre, PA 18701-2102 |
| 5094710 | | Builder Supply Company, 504 S Main St, Wilkes Barre, PA 18701-2102 |
| 5094711 | | Builders First Source, 695 Wyoming Ave, Kingston, PA 18704-3876 |
| 5094713 | + | Carpenters Combined Funds, % Tucker Arnsberg, 1500 One PPG Pl, Pittsburgh, PA 15222-5413 |
| 5094715 | + | City of Scranton, 340 N Washington Ave, Scranton, PA 18503-1582 |
| 5094716 | | Color World, 701 Twp Blvd, Pittston, PA 18640 |
| 5094718 | | Delta Electrical Systems, 11 Garfield St, Nanticoke, PA 18634-1538 |
| 5094699 | | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 5094719 | | Dupont Grand Rental Station, RR 11, Dupont, PA 18641 |
| 5094720 | | ESP Concrete Pumping Inc., PO Box 310, Sweet Valley, PA 18656-0310 |
| 5094722 | | FBM, 2 Stevens Rd, Wilkes Barre, PA 18702-5351 |
| 5094721 | | Fastenal, PO Box 1286, Winona, MN 55987-7286 |
| 5094723 | | First Insurance Funding, 450 Skokie Blvd Ste 1000, Northbrook, IL 60062-7917 |
| 5094726 | | Heavy & Highway Constuction Workers, Local #158, 4655 Linglestown Rd Ste D, Harrisburg, PA 17112-8544 |
| 5094727 | | High Mountain Hardware, Inc, 20 Banks Ave, McAdoo, PA 18237-2507 |
| 5094728 | | Hines Motorsport,Inc., 970 Shoemaker Ave, West Wyoming, PA 18644-1122 |
| 5094767 | ++ | INTUIT INC C O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON DE 19808-1674 address filed with court:, Quickbooks, 2700 Coast Ave, Mountain View, CA 94043-1140 |
| 5094736 | + | IUPAT Combined Funds, % Frank M. Vaccaro & Assoc, 27 Roland Ave Ste 200, Mount Laurel, NJ 08054-1057 |
| 5094732 | | International Trowel Trades, 620 F St NW, Washington, DC 20004-1618 |
| 5094733 | | Interstate Building Materials, Inc., PO Box 708, Pittston, PA 18640-0708 |
| 5094734 | | Intuit Payroll Service, 2700 Coast Ave, Mountain View, CA 94043-1140 |
| 5094735 | | Intuit Softward, 2700 Coast Ave, Mountain View, CA 94043-1140 |
| 5094737 | | James W. Cox & Son, Inc., 502 Moltke Ave, Scranton, PA 18505-2616 |
| 5094738 | | James W. Quandel & Sons, Inc., PO Box 220, Minersville, PA 17954-0220 |
| 5117963 | + | John J. Martin, Esquire, 1022 Court Street, Honesdale, PA 18431-1925 |
| 5094739 | | Joseph J. Joyce Associates, Inc., 9 N Main St, Pittston, PA 18640-1836 |
| 5094740 | | Keystone Block, 600 Glenn St, Scranton, PA 18509-2213 |
| 5094741 | | Keystone Container Services, Laurence C. Musgove Assoc, PO Box 13487, Roanoke, VA 24034-3487 |
| 5094743 | | Laborers General Fund, % Charles Johnson, 101 Erford Rd Ste 302, Camp Hill, PA 17011-1802 |

| | | |
|---|---|---|
| 5094742 | # | Laborers General Fund, Laurence C Musgrove Assoc., PO Box 13487, Roanoke, VA 24034-3487 |
| 5094744 | | Laborers Local Union #158, 22201 Forest Hills Dr Ste 6, Harrisburg, PA 17112-1089 |
| 5094745 | | Laborers Tri-County Pension Fund, 431 Wyoming Ave, Scranton, PA 18503-1228 |
| 5113890 | + | Laborers' Local No. 130 Annuity Fund, c/o Lawrence C. Musgrove Associates, Inc, P.O. Box 13487, Roanoke, VA 24034-3487 |
| 5113934 | + | Laborers' Local No. 130 Pension Fund, c/o Lawrence C. Musgrove Associates, Inc, P. O. Box 13487, Roanoke, VA 24034-3487 |
| 5113908 | + | Laborers' Local No. 130 Welfare Fund, c/o Lawrence C. Musgrove Associates, Inc, P. O. Box 13487, Roanoke, VA 24034-3487 |
| 5094746 | | Lackawanna American Insurance Co., 46 Public Sq, Wilkes Barre, PA 18701-2609 |
| 5094748 | | Luzerne Co. Tax Claim Bureau, 200 N River St, Wilkes Barre, PA 18711-1004 |
| 5094749 | | Mesko Glass, 100 Glendale Rd, Avoca, PA 18641-9518 |
| 5094750 | | Mesko Glass & Mirror Co, 801 Avenue, Scranton, PA 18509 |
| 5120132 | + | Mesko Glass & Mirror Co. Inc,., 100 Glendale Rd., Avoca, PA 18641-9518 |
| 5094751 | | Mid-Atlantic Engineering, 120 Commerce Rd, Pittston Township, PA 18640-9552 |
| 5094752 | + | Mid-Atlantic LECET, 11951 Freedom Drive No. 310, Reston, VA 20190-5686 |
| 5094753 | | N & B Enterprises, 482 Shoemaker Ave, West Wyoming, PA 18644-1211 |
| 5094754 | | N & B Realty, 484 Shoemaker Ave, West Wyoming, PA 18644-1211 |
| 5094755 | + | NEPCA, 363 Laurel Street, Pittston PA 18640-3507 |
| 5094756 | | Office of Unemployment Comp Tax, PO Box 60127, Harrisburg, PA 17106-0127 |
| 5094757 | | Oley Industries, 966 Shoemaker Ave, West Wyoming, PA 18644-1122 |
| 5094758 | | Oppenheimer Funds, Attn: Retirement Plan Purchases, PO Box 5390, Denver, CO 80217-5390 |
| 5094759 | | PA Dept of Rev. Bankruptcy Div., Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5094760 | | PA Unemployment Comp. Fund, PO Box 60127, Harrisburg, PA 17106-0127 |
| 5094761 | | Painters Dist Counsel 71 Benefit Fund, % Frank M/Vaccaro & Assocs Inc., 27 Roland Ave Ste 200, Mount Laurel, NJ 08054-1038 |
| 5116179 | + | Pennsylvania American Water, Customer Service, 800 W Hershey Park Drive, Hershey, PA 17033-2400 |
| 5094763 | | Pennsylvania Building Trades Council, 800 N 3rd St Ste 407, Harrisburg, PA 17102-2025 |
| 5094764 | | Plasters & Cement Masons Local 592, 431 Wyoming Ave # 431, Scranton, PA 18503-1228 |
| 5094766 | | Quick Books Payroll Service, 2700 Coast Ave, Mountain View, CA 94043-1140 |
| 5094768 | | Rise Construction Co Inc., RR 2 Box 2205, Lake Ariel, PA 18436 |
| 5094769 | | Sam Ferretti, 484 Shoemaker Ave, West Wyoming, PA 18644-1211 |
| 5094770 | | Sean Byrn Construction, 2911 Birney Ave, Scranton, PA 18505-3131 |
| 5094771 | | Sherwin Williams, 334 Pierce St, Kingston, PA 18704-5121 |
| 5094772 | + | State Auto Insurance Co., 518 E Broad St, Columbus, OH 43215-3976 |
| 5120187 | + | State Automobile Mutual Insurance Co, 518 E. Broad St., Columbus, OH 43215-3901 |
| 5094773 | + | Sterling Glass Inc., 1101 Penn Ave, Scranton, PA 18509-2714 |
| 5094774 | | Team Supply Inc., PO Box 2178, Hazleton, PA 18201-1056 |
| 5094775 | | Terrazzzo Restoration & Installation, 263 Mountain Dr, Fredericksburg, PA 17026-9102 |
| 5094777 | + | Tom Pizano, Tax Collector, Exeter Borough, 1101 Wyoming Ave, Exeter, PA 18643-1936 |
| 5094778 | + | Union Trowel Trades Benefits Fund, PO Box 6480, Harrisburg, PA 17112-0480 |
| 5094781 | | WVSA, PO Box 33A, Wilkes-Barre, PA 18703 |
| 5094698 | | Wall Gerald S, 19 Ferretti Dr, West Wyoming, PA 18644-1744 |
| 5094780 | | West Wyoming Borough Sewer Maintenance, PO Box 2232, Wilkes Barre, PA 18703-2232 |
| 5097027 | + | c/o Jillian Nolan Snider, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |

TOTAL: 80

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Sep 13 2023 22:40:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 13 2023 18:39:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 5097983 | + | EDI: PHINAMERI.COM | Sep 13 2023 22:40:00 | ACAR leasing LTD d/b/a, GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 5094704 | | EDI: BANKAMER.COM | Sep 13 2023 22:40:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 5112865 | + | EDI: BANKAMER2.COM | Sep 13 2023 22:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5094712 | | EDI: CAPITALONE.COM | Sep 13 2023 22:40:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 5116570 | EDI: CAPITALONE.COM | Sep 13 2023 22:40:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5094717 | EDI: WFNNB.COM | Sep 13 2023 22:40:00 | Comenity Bank/Jared, Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 5094724 | EDI: RMSC.COM | Sep 13 2023 22:40:00 | GE Capital Retail Bank, Attn: Bankruptcy Dept, PO Box 103104, Roswell, GA 30076-9104 |
| 5094725 | EDI: PHINAMERI.COM | Sep 13 2023 22:40:00 | GM Financial Leasing, PO Box 183834, Arlington, TX 76096-3834 |
| 5094730 | Email/Text: nmerron@hnbbank.com | Sep 13 2023 18:39:00 | Honesdale National Bank, PO Box 350, Honesdale, PA 18431-0350 |
| 5094729 | Email/Text: nmerron@hnbbank.com | Sep 13 2023 18:39:00 | Honesdale National Bank, 733 Main St, Honesdale, PA 18431-1844 |
| 5094731 | EDI: IRS.COM | Sep 13 2023 22:40:00 | Internal Revenue Service, Sp. Procedures Bkcy Section, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5094714 | EDI: JPMORGANCHASE | Sep 13 2023 22:40:00 | Chase/Bank One Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 5094747 | ^ MEBN | Sep 13 2023 18:35:46 | Liberty Mutual, 100 Liberty Way, Dover, NH 03820-4597 |
| 5094765 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2023 18:39:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 5199894 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2023 18:39:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5116802 | EDI: PRA.COM | Sep 13 2023 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5116181 | ^ MEBN | Sep 13 2023 18:35:45 | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5094762 | Email/Text: ngisupport@radiusgs.com | Sep 13 2023 18:39:00 | Penn Medicine, c/o Central Credit Services LLC, 9550 Regency Square Blvd Ste 500, Jacksonville, FL 32225-8169 |
| 5117609 | EDI: PENNDEPTREV | Sep 13 2023 22:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5117609 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2023 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5117363 | EDI: Q3G.COM | Sep 13 2023 22:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5241409 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 13 2023 18:39:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5241410 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 13 2023 18:39:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5116180 | Email/Text: bkrcy@ugi.com | Sep 13 2023 18:39:00 | UGI Penn Natural Gas, Inc., PO Box 13009, Reading, PA 19612-3009 |
| 5115215 | + EDI: WFFC2 | Sep 13 2023 22:40:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 5094779 | EDI: WFFC2 | Sep 13 2023 22:40:00 | Wells Fargo Home Mortgage, Customer Service, PO Box 10335, Des Moines, IA 50306-0335 |

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 4 of 5 |
| Date Rcvd: Sep 13, 2023 | Form ID: 3180W | Total Noticed: 107 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | *+ | The Honesdale National Bank, 733 Main Street, Honesdale, PA 18431-1844 |
| 5100374 | *+ | The Honesdale National Bank, 733 Main Street, Honesdale, PA 18431-1844 |
| 5146808 | ## | Charles W. Johnston, Charles W. Johnston, PC, P. O. Box 98, Camp HIll, PA 17001-0098 |
| 5113889 | ## | Charles W. Johnston, Esquire, P. O. Box 98, Camp Hill, PA 17001-0098 |
| 5146807 | ## | Charles W. Johnston, Esquire, Charles W. Johnston, PC, P.O. Box 98, Camp Hill, PA 17001-0098 |
| 5099897 | ##+ | Interstate Building Materials, Inc., 322 Laurel Street, Pittston, PA 18640-3538 |
| 5094776 | ## | Thomas M. Gill & Co., 838 Shoemaker Ave, West Wyoming, PA 18644-1108 |

TOTAL: 0 Undeliverable, 3 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Carpenters Combined Funds Inc. acarr@tuckerlaw.com, agilbert@tuckerlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |
| Jillian Nolan Snider | on behalf of Creditor Carpenters Combined Funds Inc. jsnider@fbtlaw.com, rmccartney@fbtlaw.com |
| John J Martin | on behalf of Creditor The Honesdale National Bank jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Kimberly D Martin | on behalf of Creditor The Honesdale National Bank kmartin@martin-law.net jashley@martin-law.net;r59891@notify.bestcase.com |
| Lisa M. Doran | on behalf of Debtor 1 Gerald S. Wall ldoran@dorananddoran.com |
| Mario John Hanyon | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Thomas Song | |

on behalf of Creditor Wells Fargo Bank N.A. tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Valerie Michelle Johnson

on behalf of Creditor PNC BANK N.A. V.johnson@pnc.com

William E. Craig

on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gerald S. Wall<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7170<br>EIN  \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_\_–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–03323–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gerald S. Wall
aka Gerald Scott Wall

9/13/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2