United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 18-03323-MJC

Gerald S. Wall                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Gerald S. Wall, PO Box 87, Langhorn, PA 19047-0087 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Allison L. Carr | on behalf of Creditor Carpenters Combined Funds Inc. acarr@tuckerlaw.com, agilbert@tuckerlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Wells Fargo Bank N.A. pamb@fedphe.com |
| Jillian Nolan Snider | on behalf of Creditor Carpenters Combined Funds Inc. jsnider@fbtlaw.com, rmccartney@fbtlaw.com |

John J Martin

on behalf of Creditor The Honesdale National Bank jmartin@martin-law.net
kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com

Kimberly D Martin

on behalf of Creditor The Honesdale National Bank kmartin@martin-law.net
jashley@martin-law.net;r59891@notify.bestcase.com

Lisa M. Doran

on behalf of Debtor 1 Gerald S. Wall ldoran@dorananddoran.com

Mario John Hanyon

on behalf of Creditor Wells Fargo Bank  N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com

Thomas Song

on behalf of Creditor Wells Fargo Bank  N.A. tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Valerie Michelle Johnson

on behalf of Creditor PNC BANK N.A. V.johnson@pnc.com

William E. Craig

on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gerald S. Wall,
aka Gerald Scott Wall,

          **Debtor 1**

Chapter      13

Case No.     5:18−bk−03323−MJC

Social Security No.:

          xxx−xx−7170

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  October 17, 2023

**fnldec** (01/22)